**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000058
24-FEB-2016
07:52 AM**

NO. CAAP-16-0000058

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ONEWEST BANK, F.S.B., Plaintiff-Appellant,
v.
DIANA G. BROWN; D. MICHAEL DUNNE, SUCCESSOR TRUSTEE
OF THE REVOCABLE LIVING TRUST OF HAROLD G. STRAND AND
MARGARET M. STRAND; JERRY IVY; OMNI FINANCIAL, INC.;
CITIBANK (SOUTH DAKOTA), N.A.; THE ASSOCIATION OF OWNERS
OF THE KUMULANI AT THE UPLANDS AT MAUNA KEA, AN UNINCORPORATED
ASSOCIATION; JOHN DOES 1-20; JANE DOES 1-20; DOE
CORPORATIONS 1-20; DOE ENTITIES 1-20; AND
DOE GOVERNMENTAL UNITS 1-20, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-0410 K)

ORDER DISMISSING THE APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Peter T. Stone's (Counsel)
declaration in response to the February 5, 2016 order to show
cause, the papers in support, and the record, it appears that
Counsel has not demonstrated good cause why the appeal should not
be dismissed. A notice of appeal has not been filed and this
court lacks appellate jurisdiction.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 24, 2016.

Presiding Judge

Associate Judge

Associate Judge